UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Case No. 18-10710-JKF |
| | : | |
| CHERYL A. BROOKS-BROWN, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM M. ALLEMAN, JR.

Michael J. Barrie, Esquire (the "Movant"), a member in good standing of the Bar of the Supreme Court of Pennsylvania and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner in the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, hereby moves the admission of William M. Alleman, Jr. Esquire to appear *pro hac vice* in the above-captioned chapter 11 case as counsel for creditor CCRD Global, LLC ("CCRD"), as successor in interest to CRE/ADC Venture 2013-1, LLC, as successor-in-interest to NOVA Savings Bank, pursuant to Local Bankruptcy Rule 2090-1(c) of the United States Bankruptcy court for the Eastern District of Pennsylvania. In support of this motion, the Movant respectfully states as follows:

1.    Mr. Alleman is a member in good standing with the Bar of the State of Delaware, having been admitted to practice in December 2010.

2.    Mr. Alleman is also admitted to practice before the United States District Court for the District of Delaware, have been admitted to practice in January 2011.

3.    Mr. Alleman is not currently under suspension or subject to other disciplinary action.

4.    Mr. Alleman is a partner with the firm of Benesch, Friedlander, Coplan & Aronoff LLP, located at 222 Delaware Avenue, Suite 801, Wilmington, DE 19801.

10143602 v1

5.  The filing fee has been paid upon the filing of this motion with the Court.

WHEREFORE, Movant respectfully requests entry of an Order submitted simultaneously herewith approving the admission *pro hac vice* of William M. Alleman, Jr. as counsel to CCRD in connection with the above-captioned case and any related proceedings.

Dated:  January 7, 2019                                     BENESCH, FRIEDLANDER,
                                                            COPLAN & ARONOFF LLP

                                                            _____
                                                            Michael J. Barrie (PA Bar No. 85626)
                                                            Jennifer R. Hoover (PA Bar No. 87910)
                                                            1650 Market Street, Suite 3628
                                                            Philadelphia, PA  19103
                                                            (267) 207-2947 (Telephone)
                                                            (267) 207-2949 (Facsimile)

                                                            *Counsel for the CCRD Global, LLC*

## VERIFICATION

The undersigned, Michael J. Barrie, a partner in the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, does hereby certify under penalty of perjury that the statements of fact made in the attached Motion for Admission *Pro Hac Vice* of William M. Alleman, Jr. are true and correct to the best of his knowledge, information, and belief. The undersigned understands that the statements herein are made in accordance with Local Bankruptcy Rule 2090-1(c).

Dated:  January 7, 2019                                     _____
                                                            Michael J. Barrie (PA Bar No. 85626)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-10710-JKF |
| CHERYL A. BROOKS-BROWN, | Chapter 13 |
| Debtor. | |

## CERTIFICATION OF WILLIAM M. ALLEMAN, JR.
## IN SUPPORT OF HIS ADMISSION *PRO HAC VICE*

I, William M. Alleman, certify that I am a member in good standing as a member of the Bar of the State of Delaware and am admitted to practice in the U.S. District Court for the District of Delaware, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with Local Bankruptcy Rule 2090-1(c) and the requisite fee for my admission has been paid contemporaneously with this filing. I further certify that as an officer of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

Date: January 7, 2019

William M. Alleman, Jr.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010
walleman@beneschlaw.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-10710-JKF |
| CHERYL A. BROOKS-BROWN, | : Chapter 13 |
| Debtor. | : |

## ORDER GRANTING ADMISSION PRO HAC VICE OF WILLIAM M. ALLEMAN, JR.

AND NOW this __ day of January, 2019, upon consideration of the Motion for Admission *Pro Hac Vice* of William M. Alleman, Jr. is hereby

ORDERED that the application of William M. Alleman, Jr., Esquire, to practice in this court pursuant to Local Bankruptcy Rule 2090-1(c) is GRANTED.

_____
THE HONORABLE JEAN K. FITZSIMON
U.S. Bankruptcy Court Judge

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, Esquire, do hereby certify that I am over the age of 18, and that on January 7, 2019, I caused a copy of the foregoing *Motion for Admission Pro Hac Vice of William M. Alleman, Jr.* to be served upon the following persons via this Court's electronic filing system, and by first class U.S. Mail.

United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Robert M. Kline
P.O. Box 18806
Philadelphia, PA 19119

William Miller
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
Michael J. Barrie (PA Bar No. 85626)